UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:25-CR-00006-EGS |
| | : | |
| DARRIN BRADLEY, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S RESPONSE TO**
**GOVERNMENT'S MOTION TO DISMISS**

Mr. Darrin Bradley, through his counsel, respectfully submits this response to the Government's *Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a)*. (Doc. 22).

Mr. Bradley is aware of the motion and the basis for its filing. He does not object to the government's request for a dismissal of the information against him with prejudice.

Respectfully submitted,

Bonnie Blumert, OBA No. 31945
Assistant Federal Public Defender

-WITH-

/S/ *J.P. HILL*
J.P. Hill, OBA No. 31085
Assistant Federal Public Defender
Office of the Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405-609-5930
Fax: 405-609-5932
Electronic Mail: JP_Hill@fd.org
Counsels for Mr. Bradley